[No. 11320-5-III.   Division Three.   January 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 90-1-01340-1, Stephen M. Brown, J., entered January 4, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 12018-0-III.   Division Three.   January 5, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F. CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-8-00210-6, Peter G. Young, J. Pro Tem., entered October 31, 1991. *Affirmed* by unpublished opinion per Shields, C.J., concurred in by Munson and Sweeney, JJ.

[No. 11413-9-III.   Division Three.   January 7, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY LEE NUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00475-0, James M. Murphy, J., entered January 4, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Sweeney, J.